FILED: April 27, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-6557
(5:16-ct-03185-FL)
_____

FREDERICK BANKS

      Plaintiff - Appellant

v.

DR. HEATHER ROSS; OFFICER MILLER; FEDERAL BUREAU OF PRISONS; THOMAS HARDIMAN; ROBERT CESSAR; SCOTT SMITH; BRENDAN CONWAY; PAUL HULL; MARK HORNAK; ADRIAN ROE; JUDGE PESTO; RONALD W. HAYWARD; NORA BARRY FISHER; JOY FLOWERS CONTI; CYNTHIA REED EDDY; TIMOTHY PIVNICHNY; SEAN LANGFORD; ROBERT WERNER; JAMES COMEY; DAVID ANDERCHAK; MERIT SYSTEMS PROTECTION BOARD; REBECCA ROSS HAYWOOD; US DEPARTMENT OF JUSTICE; DAVID HICTON; FEDERAL BUREAU OF INVESTIGATION; US MARSHAL'S SERVICE

      Defendants - Appellees

_____

O R D E R
_____

The clerk suspends issuance of a fee notice in this case pending this court's decision in No. 16-6981, Banks v. Hornak.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk